TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00557-CV

Donna Karvonen, Appellant

v.

Samuel Bennett, M.D., Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT

NO. 155,386-B, HONORABLE RICK MORRIS, JUDGE PRESIDING 

PER CURIAM

 Appellant Donna Karvonen initiated an appeal from the trial court's judgment in
favor of appellee Samuel Bennett, M.D. No appellate record has been filed. We are advised by
the district clerk that Karvonen has failed to pay the fee for preparing the clerk's record. See Tex.
R. App. P. 35.3(a)(2). Karvonen did not respond to this Court's letter inquiring into the status
of the appellate record and informing her of the consequences of failing to file a record.

 We conclude that Karvonen is responsible for the failure to file the record and that
she has been given a reasonable opportunity to cure. See id. 37.3(b). We therefore dismiss the
appeal for want of prosecution. Id. 37.3(b), 42.3(b). We dismiss Bennett's motion to dismiss for
want of jurisdiction.

Before Justices Powers, Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: February 20, 1998

Do Not Publish